| *Attorney or Party without Attorney:*<br>ERIK R. PUKNYS<br>FINNEGAN, HENDERSON, FARABOW, ET AL.<br>3300 HILLVIEW AVENUE<br>PALO ALTO, CA 94304<br>*Telephone No:* 650-849-6600     *FAX No:* 650-849-6666 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>10631.8050-00000/1944 |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* BCD SEMICONDUCTOR CORPORATION, et al.

*Defendant:* POWER INTEGRATIONS, INC.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 08-00372 MEJ |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory Judgment.

3. a. *Party served:*     POWER INTEGRATIONS, INC.
   b. *Person served:*    RAFAEL TORRES, AGENT FOR SERVICE

4. *Address where the party was served:*    5245 HELLYER AVENUE
                                        SAN JOSE, CA 95138

5. *I served the party:*
   b. **by substituted service.** On: Thu., Jan. 24, 2008 at: 3:40PM by leaving the copies with or in the presence of:
                       ROSHANTA D. GRAY, RECEPTIONIST
     (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
     (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Thu., Jan. 24, 2008 from: SAN JOSE, CA

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* POWER INTEGRATIONS, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. TONY TRAN

                                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
                                       d. *The Fee for Service was:*

                                               e. I am: Not a Registered California Process Server

**First Legal Support Services** ʜ
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Jan. 31, 2008