1   Erik R. Puknys (CAB #190926)
    erik.puknys@finnegan.com
2   FINNEGAN, HENDERSON,
      FARABOW, GARRETT & DUNNER, L.L.P.
3   Stanford Research Park
    3300 Hillview Avenue
4   Palo Alto, California  94304-1203
    Telephone:   (650) 849-6600
5   Facsimile:   (650) 849-6666

6

7   Attorneys for Plaintiffs
    BCD SEMICONDUCTOR CORPORATION,
8   and SHANGHAI SIM-BCD SEMICONDUCTOR
    MANUFACTURING CO., LTD.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
    BCD SEMICONDUCTOR MANUFACTURING )    CASE NO. 3:08-cv-0372-MEJ
13  CORPORATION and SHANGHAI SIM-BCD  )
    SEMICONDUCTOR MANUFACTURING CO.,  )
14  LTD.,                             )
                                      )
15          Plaintiff,                )    NOTICE OF PENDENCY OF OTHER
                                      )    ACTION OR PROCEEDING
16      v.                            )
                                      )
17  POWER INTEGRATIONS, INC.,         )
            Defendants.               )
18                                    )
                                      )
19  _____   )

20          Pursuant to Local Rule 3-13, Declaratory-Judgment Plaintiffs, BCD Semiconductor

21  Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd. (collectively,

22  "BCD"), hereby file this Notice of Pendency of Other Action or Proceeding to notify the Court that

23  an action is pending in Delaware that involves the same subject matter and parties involved in this

24  case.

25          Specifically, on October 17, 2007, Declaratory-Judgment Defendant, Power

26  Integrations, Inc. ("Power Integrations") filed an action in the United States District Court for the

27  District of Delaware asserting the same patents involved in this case against BCD.  That case is

28  captioned:

1
2

Power Integrations, Inc. v. BCD Semiconductor Corporation and
Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd., C.A.
No. 07-633-JJF

3      In that case, BCD has filed a motion to dismiss because the District of Delaware lacks

4    jurisdiction over BCD.  BCD's motion is being briefed and no hearing on the motion has been

5    scheduled.

6      Because the Delaware District Court lacks jurisdiction over BCD, BCD does not

7    believe that this case can be transferred to Delaware.  If the Delaware District Court denies BCD's

8    motion to dismiss, however, BCD is willing to dismiss this case without prejudice or consent to

9    transfer of this case to Delaware so that it can be joined with the Delaware case.

10

11   Dated:      February 4, 2008              FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER LLP
12

13                                             By: _____/s/_____
                                                   Erik R. Puknys (CAB #190926)
14                                                 Stanford Research Park
                                                   3300 Hillview Avenue
15                                                 Palo Alto, California  94304-1203
                                                   Telephone: (650) 849-6600
16                                                 Facsimile:  (650) 849-6666

17                                             Attorneys for Plaintiff
                                               BCD SEMICONDUCTOR CORPORATION and
18                                             SHANGHAI SIM-BCD SEMICONDUCTOR
                                               MANUFACTURING CO., LTD.
19

20

21

22

23

24

25

26

27

28