1  Erik R. Puknys (CAB #190926)
   erik.puknys@finnegan.com
2  FINNEGAN, HENDERSON,
    FARABOW, GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
5  Telephone:     (650) 849-6600
   Facsimile:      (650) 849-6666
6
7  Attorneys for Plaintiffs
   BCD SEMICONDUCTOR CORPORATION,
8  and SHANGHAI SIM-BCD SEMICONDUCTOR
   MANUFACTURING CO., LTD.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BCD SEMICONDUCTOR MANUFACTURING CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>POWER INTEGRATIONS, INC.,<br>                    Defendants. | CASE NO. 3:08-cv-0372-MEJ<br><br>**CERTIFICATE OF SERVICE** |

1

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On February 4, 2008, I served the following by the indicated means to the persons at the addresses listed:

- **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING;**
- **REQUEST FOR REASSIGNMENT; and**
- **LETTER BRIEF TO CLERK OF THE COURT.**

FISH & RICHARDSON P.C.
Michael Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
headley@fr.com

ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.

☒ Via Email
☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

I am readily familiar with my firm's practice for collection and processing documents for service via e-mail. On February 4, 2008, following ordinary business practice, I electronically mailed the above documents to the e-mail addresses listed above.

I am readily familiar with my firm's practice for collection and processing documents for service via United State Postal Service in the ordinary course of business. I sealed said envelope and placed it for collection and delivery at our business offices on February 4, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose direction the service was made; and that this declaration was executed on February 4, 2008, at Palo Alto, California.

Dated: February 4, 2008

/s/ Lissette Vazquez
Lissette Vazquez
Paralegal
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666