UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BCD SEMICONDUCTOR CORPORATION, et al.,

    Plaintiff(s),

v.

POWER INTEGRATIONS, INC.,

    Defendant(s).

No. C 08-00372 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/8/2008

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")