1  Frank E. Scherkenbach (CA #142549/scherkenbach@fr.com)
   FISH & RICHARDSON P.C.
2  225 Franklin Street
   Boston, MA 02110-2804
3  Telephone: (617) 542-5070
   Facsimile:  (617) 542-8906
4
   Howard G. Pollack (CA #162897/pollack@fr.com)
5  Michael R. Headley (CA #220834/headley@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA 94063
7  Telephone: (650) 839-5070
   Facsimile:  (650) 839-5071
8
   Attorneys for Defendant
9  POWER INTEGRATIONS, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        (SAN FRANCISCO DIVISION)

13

14  BCD SEMICONDUCTOR CORPORATION and       08-cv-00372-MEJ
    SHANGHAI SIM-BCD SEMICONDUCTOR
15  MANUFACTURING, CO., LTD.

16            Plaintiffs,

17       v.                                 **PROOF OF SERVICE**

18  POWER INTEGRATIONS, INC.

19            Defendant.

20

21  / / /

22  / / /

23  / / /

24

25

26

27

28

                                    1

## PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 8, 2008, I caused a copy of the following document(s):

**(1) STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

**(2) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| XX | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated below. |

Erik R. Puknys
Finnegan, Henderson, Farabow, Garrett & Dunner LLP (Palo Alto)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiffs
BCD SEMICONDUCTOR CORP., and SHANGHAI SIM-BCD SEMICONDUCTOR MFG., CO., LTD.

| XX | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business to the addresses as stated below. |

E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP (Washington DC)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile:

Attorneys for Plaintiffs
BCD SEMICONDUCTOR CORP., and SHANGHAI SIM-BCD SEMICONDUCTOR MFG., CO., LTD.

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner LLP (Virginia)
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Plaintiffs
BCD SEMICONDUCTOR CORP., and SHANGHAI SIM-BCD SEMICONDUCTOR MFG., CO., LTD.

1    I declare that I am employed in the office of a member of the bar of this Court at whose
2  direction the service was made.

3    I declare under penalty of perjury that the above is true and correct.  Executed on
   February 8, 2008, at Redwood City, California.

4

5                                                    _____
                                                        Ellen V. Varelas

6  50464447.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                                08-cv-00372-MEJ