| | |
|---|---|
| Frank E. Scherkenbach<br>(CAB #142549; scherkenbach@fr.com)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Howard G. Pollack<br>(CAB #162897; pollack@fr.com)<br>Michael R. Headley<br>(CAB #220834; headley@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>Attorneys for<br>POWER INTEGRATIONS, INC. | Erik R. Puknys<br>(CAB #190926; erik.puknys@finnegan.com)<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>3300 Hillview Ave.<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>E. Robert Yoches<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br><br>Robert L. Burns<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>Two Freedom Drive<br>Reston, VA 20190-5675<br><br>Attorneys for<br>BCD SEMICONDUCTOR CORPORATION,<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR MANUFACTURING,<br>CO., LTD |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br>            Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br>            Defendant. | No. C 08-0372   MMC<br><br>ORDER APPROVING<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for Power Integrations, Inc. ("Power Integrations") to answer or otherwise respond to BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor

1  Manufacturing, Co., Ltd.'s (collectively, "BCD") Complaint shall be extended up to and including
2  April 4, 2008.
3      The reason for the requested modification in the schedule is that BCD has filed a motion to
4  dismiss an earlier filed matter between the parties in Delaware involving the same three patents at
5  issue in this case. The parties are still briefing that motion, and no hearing has been set, but BCD
6  has stated that it will dismiss this action if the Delaware Court denies BCD's motion to dismiss.
7      There have not been any previous time modifications in this case by stipulation. Granting
8  this request for time modification will not impact any scheduled event in the case other than those
9  provided for above.
10
11  Dated February 8, 2008

By: /s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.


/s/ Erik R. Puknys
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

Attorneys for
BCD SEMICONDUCTOR CORPORATION
and SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING,
CO., LTD.

24  / / /
25  / / /
26  / / /

2

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty
2  of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

Dated: February 8, 2008

/s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.

## ORDER

IT IS SO ORDERED.

Dated: February 28, 2008

*[signature: Maxine M. Chesney]*

UNITED STATES DISTRICT JUDGE

50464347.doc