1  Frank E. Scherkenbach
   (CAB #142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Howard G. Pollack
   (CAB #162897; pollack@fr.com)
6  Michael R. Headley
   (CAB #220834; headley@fr.com)
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, California 94063
   Telephone: (650) 839-5070
9  Facsimile:  (650) 839-5071

10 Attorneys for
   POWER INTEGRATIONS, INC.

11

12

13

14

Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

E. Robert Yoches
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Two Freedom Drive
Reston, VA 20190-5675

Attorneys for
BCD SEMICONDUCTOR CORPORATION,
and SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING,
CO., LTD

15

16                **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18                    **(SAN FRANCISCO DIVISION)**

19 BCD SEMICONDUCTOR CORPORATION, a
   California corporation, SHANGHAI SIM-BCD
20 SEMICONDUCTOR MANUFACTURING, CO.,
   LTD, a China corporation,
21                      Plaintiffs,

22       v.

23 POWER INTEGRATIONS, INC., a Delaware
   corporation,
24                      Defendant.

No. C 08-0372


**STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT**

25

26       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys

27 for the respective parties, that the time for Power Integrations, Inc. ("Power Integrations") to answer

28 or otherwise respond to BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor

                                    1

1    Manufacturing, Co., Ltd.'s (collectively, "BCD") Complaint shall be extended up to and including

2    May 7, 2008.

3       The reason for the requested modification in the schedule is that BCD has filed a motion to

4    dismiss an earlier filed matter between the parties in Delaware involving the same patents at issue in

5    this case, and that motion has not yet been resolved, but BCD has stated that it will dismiss this

6    action if the Delaware Court denies BCD's motion to dismiss. The Delaware Court recently

7    ordered supplemental briefing on BCD's motion, and a hearing has been set for Monday, May 5,

8    2008.

9       The only previous time modification in this case was a stipulated extension of the time for

10    Power Integrations to answer or otherwise respond to BCD's complaint in view of BCD's motion to

11    dismiss the Delaware matter, which the Court approved on February 28, 2008. [D.I. 15.] Granting

12    the instant request for time modification will not impact any scheduled event in the case other than

13    those provided for above.

14

15    Dated March 31, 2008

16                  By: /s/ Michael R. Headley

                     Michael R. Headley

17                      FISH & RICHARDSON P.C.

18                      Attorneys for

                     POWER INTEGRATIONS, INC.

19

20                      /s/ Erik R. Puknys

                     Erik R. Puknys

21                      FINNEGAN, HENDERSON, FARABOW,

                     GARRETT & DUNNER, L.L.P.

22

23                      Attorneys for

                     BCD SEMICONDUCTOR CORPORATION

24                      and SHANGHAI SIM-BCD

                     SEMICONDUCTOR MANUFACTURING,

25                      CO., LTD.

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
Case No. 08-0372

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

2 of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

3

4

Dated:  March 31, 2008

5                                                         /s/ Michael R. Headley

                                                          Michael R. Headley

6                                                         FISH & RICHARDSON P.C.

7                                                         Attorneys for

8                                                         POWER INTEGRATIONS, INC.

9                                 **ORDER**

10

11  IT IS SO ORDERED.

12

Dated: _____

13                                                        _____

                                                          UNITED STATES DISTRICT JUDGE

14  50474039.DOC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3