1  Frank E. Scherkenbach
   (CAB #142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Howard G. Pollack
   (CAB #162897; pollack@fr.com)
6  Michael R. Headley
   (CAB #220834; headley@fr.com)
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, California 94063
   Telephone: (650) 839-5070
9  Facsimile:  (650) 839-5071

10 Attorneys for
   POWER INTEGRATIONS, INC.
11

   Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
   3300 Hillview Ave.
   Palo Alto, CA 94304
   Telephone: (650) 849-6600
   Facsimile: (650) 849-6666

   E. Robert Yoches
   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
   901 New York Avenue, NW
   Washington, DC 20001-4413

   Robert L. Burns
   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
   Two Freedom Drive
   Reston, VA 20190-5675

12
13 Attorneys for
   BCD SEMICONDUCTOR CORPORATION,
   and SHANGHAI SIM-BCD
14 SEMICONDUCTOR MANUFACTURING,
   CO., LTD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br>　　　　　　Defendant. | No. C 08-0372<br><br>ORDER APPROVING<br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** ; CONTINUING CASE MANAGEMENT CONFERENCE |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for Power Integrations, Inc. ("Power Integrations") to answer or otherwise respond to BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor

1

1  Manufacturing, Co., Ltd.'s (collectively, "BCD") Complaint shall be extended up to and including
2  May 7, 2008.

3  The reason for the requested modification in the schedule is that BCD has filed a motion to
4  dismiss an earlier filed matter between the parties in Delaware involving the same patents at issue in
5  this case, and that motion has not yet been resolved, but BCD has stated that it will dismiss this
6  action if the Delaware Court denies BCD's motion to dismiss. The Delaware Court recently
7  ordered supplemental briefing on BCD's motion, and a hearing has been set for Monday, May 5,
8  2008.

9  The only previous time modification in this case was a stipulated extension of the time for
10 Power Integrations to answer or otherwise respond to BCD's complaint in view of BCD's motion to
11 dismiss the Delaware matter, which the Court approved on February 28, 2008. [D.I. 15.] Granting
12 the instant request for time modification will not impact any scheduled event in the case other than
13 those provided for above.

15 Dated March 31, 2008

By: /s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.

/s/ Erik R. Puknys
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

Attorneys for
BCD SEMICONDUCTOR CORPORATION
and SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING,
CO., LTD.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

Dated: March 31, 2008

/s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.

## ORDER

IT IS SO ORDERED. Further, the Case Management Conference is CONTINUED from May 9, 2008 to May 23, 2008; a Joint Case Management Statement shall be filed no later than May 16, 2008.

Dated: April 1, 2008

_____
UNITED STATES DISTRICT JUDGE

50474039.DOC