UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BCD SEMICONDUCTOR CORPORATION, a
California corporation, SHANGHAI
SIM-BCD SEMICONDUCTOR MANUFACTURING,
CO., LTD., a China Corporation

CASE NO. C 08-0372 MMC

Plaintiff(s),

v.

POWER INTEGRATIONS, INC., a
Delaware corporation

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
  ✓   Private ADR (*please identify process and provider*)  Private Mediation

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  shortly after the Claim Construction Order in this case is issued.

Dated: May 2, 2008                              Erik R. Puknys - Finnegan, Henderson
                                                Attorney for Plaintiff

Dated: May 2, 2008                              Howard G. Pollack - Fish & Richardson
                                                Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other within 60 days of claim construction order

IT IS SO ORDERED.

Dated:_____        _____
                                                   HONORABLE MAXINE M. CHESNEY
                                                   UNITED STATES DISTRICT    JUDGE