Frank E. Scherkenbach
(CAB #142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
(CAB #162897; pollack@fr.com)
Michael R. Headley
(CAB #220834; headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for
POWER INTEGRATIONS, INC.

Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

E. Robert Yoches
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Attorneys for
BCD SEMICONDUCTOR CORPORATION
and SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING,
CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD., a China corporation,<br>      Plaintiffs,<br>v.<br>POWER INTEGRATIONS, INC., a Delaware corporation,<br>      Defendant. | No. C 08-0372 MMC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for Power Integrations, Inc. ("Power Integrations") to answer

1  or otherwise respond to the complaint of BCD Semiconductor Corporation and Shanghai SIM-BCD
2  Semiconductor Manufacturing, Co., Ltd. (collectively, "BCD") shall be extended until 20 days after
3  the issuance of any order dismissing Power Integrations' earlier filed matter between the parties in
4  Delaware involving the same patents at issue in this case, Delaware C.A. No 07-cv-633 JJF-LPS,
5  for lack of personal jurisdiction. On the other hand, BCD will voluntarily dismiss this action if the
6  Delaware Court denies BCD's motion to dismiss.

7  The reason for the requested modification in the schedule is that BCD's motion to dismiss is
8  still pending in Delaware, and the Delaware Court recently ordered BCD to provide further
9  discovery, with supplemental briefing on BCD's motion to be completed by June 18, 2008. In the
10 meanwhile, discovery is ongoing in the Delaware matter, and the parties are in agreement that the
11 discovery taken in the Delaware case will also apply to the instant matter, should it go forward.

12 The Court has scheduled a case management conference in this matter for May 23, 2008,
13 and the parties intend to submit a case management statement in due course, along with a copy of
14 the Delaware Court's scheduling order for this Court's reference in evaluating the parties' progress
15 in moving forward with their dispute. The parties are available to address these or any other issues
16 the Court might wish to discuss during the May 23, 2008 case management conference, should the
17 Court decide to keep the case management conference on calendar after review of this stipulation.

18 The only previous time modifications in this case were stipulated extensions of the time for
19 Power Integrations to answer or otherwise respond to BCD's complaint in view of BCD's pending
20 motion to dismiss the Delaware matter. The Court approved those stipulated extensions on
21 February 28, 2008 and April 1, 2008, respectively. [See D.I. 15, 18.] Granting the instant request
22 will not impact any scheduled event in the case other than those provided for above.

24 Dated May 6, 2008

By: /s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.


/s/ Erik R. Puknys
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

Attorneys for
BCD SEMICONDUCTOR CORPORATION
and SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING,
CO., LTD.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

Dated: May 6, 2008

/s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____            _____
UNITED STATES DISTRICT JUDGE