| | |
|---|---|
| Frank E. Scherkenbach<br>(CAB #142549; scherkenbach@fr.com)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Howard G. Pollack<br>(CAB #162897; pollack@fr.com)<br>Michael R. Headley<br>(CAB #220834; headley@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>Attorneys for<br>POWER INTEGRATIONS, INC. | Erik R. Puknys<br>(CAB #190926; erik.puknys@finnegan.com)<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>3300 Hillview Ave.<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>E. Robert Yoches<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br><br>Robert L. Burns<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br><br>Attorneys for<br>BCD SEMICONDUCTOR CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR MANUFACTURING,<br>CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD., a China corporation,<br>               Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br>               Defendant. | No. C 08-0372 MMC<br><br><br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for Power Integrations, Inc. ("Power Integrations") to answer

1

1  or otherwise respond to the complaint of BCD Semiconductor Corporation and Shanghai SIM-BCD
2  Semiconductor Manufacturing, Co., Ltd. (collectively, "BCD") shall be extended until 20 days after
3  the issuance of any order dismissing Power Integrations' earlier filed matter between the parties in
4  Delaware involving the same patents at issue in this case, Delaware C.A. No 07-cv-633 JJF-LPS,
5  for lack of personal jurisdiction. On the other hand, BCD will voluntarily dismiss this action if the
6  Delaware Court denies BCD's motion to dismiss.
7      The reason for the requested modification in the schedule is that BCD's motion to dismiss is
8  still pending in Delaware, and the Delaware Court recently ordered BCD to provide further
9  discovery, with supplemental briefing on BCD's motion to be completed by June 18, 2008. In the
10 meanwhile, discovery is ongoing in the Delaware matter, and the parties are in agreement that the
11 discovery taken in the Delaware case will also apply to the instant matter, should it go forward.
12     The Court has scheduled a case management conference in this matter for May 23, 2008,
13 and the parties intend to submit a case management statement in due course, along with a copy of
14 the Delaware Court's scheduling order for this Court's reference in evaluating the parties' progress
15 in moving forward with their dispute. The parties are available to address these or any other issues
16 the Court might wish to discuss during the May 23, 2008 case management conference, should the
17 Court decide to keep the case management conference on calendar after review of this stipulation.
18     The only previous time modifications in this case were stipulated extensions of the time for
19 Power Integrations to answer or otherwise respond to BCD's complaint in view of BCD's pending
20 motion to dismiss the Delaware matter. The Court approved those stipulated extensions on
21 February 28, 2008 and April 1, 2008, respectively. [*See* D.I. 15, 18.] Granting the instant request
22 will not impact any scheduled event in the case other than those provided for above.
23
24 Dated May 6, 2008
25
26
27
28

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
Case No. 08-0372

| | |
|---|---|
| 1 | By: /s/ Michael R. Headley |
| 2 | Michael R. Headley |
| | FISH & RICHARDSON P.C. |

Attorneys for
POWER INTEGRATIONS, INC.


/s/ Erik R. Puknys
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

Attorneys for
BCD SEMICONDUCTOR CORPORATION
and SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING,
CO., LTD.


Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

Dated: May 6, 2008

/s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for
POWER INTEGRATIONS, INC.

## ORDER

IT IS SO ORDERED.   The parties' Joint Case Management Statement remains due on May 16, 2008.

Dated: May 7, 2008

_____
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
Case No. 08-0372