IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BCD SEMICONDUCTOR CORPORATION, et al.,

    Plaintiffs,

v.

POWER INTEGRATIONS, INC.,

    Defendant

No. C-08-0372 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is the parties' Joint Rule 26(f) Case Management Statement, filed May 16, 2008.

    In light of plaintiffs' representation that the instant action will be dismissed if the district court in the District of Delaware denies a motion to dismiss a related action filed therein, and the parties' representation that the motion to dismiss the Delaware action will be briefed as of June 18, 2008, the Case Management Conference is hereby CONTINUED from May 23, 2008 to July 11, 2008. A Joint Case Management Statement shall be filed no later than July 3, 2008.

    In the event the District of Delaware has not ruled on the motion to dismiss as of July 3, 2008, the parties may file a stipulation to continue the Case Management Conference to an appropriate date.

    **IT IS SO ORDERED.**

Dated: May 19, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge