1  Frank E. Scherkenbach
   (CAB #142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile: (617) 542-8906

5  Howard G. Pollack
   (CAB #162897; pollack@fr.com)
6  Michael R. Headley
   (CAB #220834; headley@fr.com)
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, California 94063
   Telephone: (650) 839-5070
9  Facsimile: (650) 839-5071

10 Attorneys for Defendants
   POWER INTEGRATIONS, INC.

   Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
   3300 Hillview Ave
   Palo Alto, CA 94304
   Telephone: (650) 849-6600
   Facsimile: (650) 849-6666

   E. Robert Yoches
   (bob.yoches@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
   901 New York Avenue, NW
   Washington, D.C. 20001-4413
   Telephone: (202) 408-4000
   Facsimile: (202) 408-4400

   Robert L. Burns
   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
   Two Freedom Drive
   Reston, VA 20190-5675

   Attorneys for Plaintiffs
   BCD SEMICONDUCTOR CORPORATION,
   and SHANGHAI SIM-BCD
   SEMICONDUCTOR MANUFACTURING,
   CO., LTD,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a Chinese corporation,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br>　　　　　　Defendants. | No. C 08-0372 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In an Order dated May 19, 2008, the Court continued the initial Case Management Conference in this action from May 23, 2008 to July 11, 2008. (*See* Docket No. 24.) The Court

continued the Case Management Conference based on the parties' representation that the instant action will be dismissed if the district court in the District of Delaware denies a pending motion to dismiss an earlier-filed action in that district. (*Id.*) In its May 19th Order, the Court stated, "In the event the District of Delaware has not ruled on the motion to dismiss as of July 3, 2008, the parties may file a stipulation to continue the Case Management Conference to an appropriate date." (*Id.*)

The parties write to inform the Court that the Delaware Court has not yet issued its decision, and to request and stipulate that the Court continue its Case Management Conference by one month to August 15, 2008, or as soon thereafter as its schedule permits. The Delaware Court ordered supplemental briefing on the pending motion to dismiss, which was completed on June 23, 2008. The Delaware Court has not yet scheduled a hearing date for the motion. Granting the instant request will not impact any scheduled events in the case other than the Case Management Conference.

Dated July 2, 2008

By: /s/ Erik R. Puknys
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

Attorneys for Plaintiffs
BCD SEMICONDUCTOR CORPORATION, and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD

By: /s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for Defendant
POWER INTEGRATIONS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

Dated: July 2, 2008

/s/ Michael R. Headley
Michael R. Headley
FISH & RICHARDSON P.C.

Attorney for Defendant
POWER INTEGRATIONS, INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The date for the Case Management Conference is hereby CONTINUED from July 11, 2008, to August 15, 2008.

Dated: _____

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE