1   Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)

2   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.

3   3300 Hillview Avenue
Palo Alto, CA 94304

4   Telephone: (650) 849-6600
Facsimile: (650) 849-6666

5

6   Attorney for Plaintiffs
BCD SEMICONDUCTOR CORPORATION,
and SHANGHAI SIM-BCD

7   SEMICONDUCTOR MANUFACTURING,
CO., LTD

8

9          **UNITED STATES DISTRICT COURT**

10        **NORTHERN DISTRICT OF CALIFORNIA**

11          **(SAN FRANCISCO DIVISION)**

12   BCD SEMICONDUCTOR CORPORATION, a     No. C 08-0372 MMC
    California corporation, SHANGHAI SIM-BCD

13   SEMICONDUCTOR MANUFACTURING, CO.,    **NOTICE OF VOLUNTARY DISMISSAL**
   LTD, a China corporation,                 **WITHOUT PREJUDICE**

14                 Plaintiffs,

15      v.

16   POWER INTEGRATIONS, INC., a Delaware
   corporation,

17              Defendant.      Judge:     Honorable Maxine M. Chesney

18

19

20

21

22

23

24

25

26

27

28

1     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2 Plaintiffs BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing,

3 Co., Ltd. hereby voluntarily dismiss the Complaint in the above-captioned action without prejudice.

4 Defendant Power Integrations, Inc. has not served either an answer or a motion for summary

5 judgment.

Dated: August 21, 2008

By: _____/s/_____
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

Attorney for Plaintiffs
BCD SEMICONDUCTOR
MANUFACTURING CORPORATION and
SHANGHAI SIM-BCD SEMICONDUCTOR
MANUFACTURING, CO., LTD.

NOTICE OF VOLUNTARY DISMISSAL
Case No. 08-0372 MMC